**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TODD T. SEMONITE, et al., <br><br> Defendants, <br><br> and <br><br> VIRGINIA ELECTRIC & POWER COMPANY, <br><br> [PROPOSED] Defendant-Intervenor. | Civ. No. 1:17-cv-1574-RCL |

**JOINT STIPULATION REGARDING SCHEDULE FOR**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs the National Trust for Historic Preservation et al. ("NTHP"), Defendants Todd Semonite and Robert Speer in their official capacities ("Federal Defendants"), and proposed Defendant-Intervenor Virginia Electric & Power Company d/b/a Dominion Energy Virginia ("Dominion") (collectively "the Parties") hereby jointly stipulate to certain matters in this case in order to facilitate resolution of Plaintiffs' forthcoming motion for a preliminary injunction.

NTHP's complaint challenges Federal Defendants' issuance of a permit to Dominion under Section 404 of the Clean Water Act, 33 U.S.C. § 1344, and Section 10 of the Rivers and Harbors Act, 33 U.S.C. § 403, for portions of an electrical infrastructure project known as the Surry-Skiffes Creek-Whealton Project ("the Project") that cross wetlands and navigable waters.

*See* ECF No. 1.  Due to the Project construction schedule, NTHP intends to move the Court for a preliminary injunction by August 29, 2017.

Due to pre-existing obligations in other matters, and mandatory pre-filing review by officials within the U.S. Army Corps of Engineers and the U.S. Department of Justice, counsel for Federal Defendants do not believe that they can practicably respond to NTHP's motion before September 13, 2017.  Moreover, this Court has already scheduled a hearing on September 20, 2017, for a separate motion seeking a preliminary injunction in related Case No. 17-1361, *National Parks Conservation Association v. Semonite*, which challenges the same permit for the same Project.

Based on good faith discussions among counsel, and in order to facilitate the Court's consideration of NTHP's proposed motion in this matter, the Parties have agreed to the following schedule.  Pursuant to Local Rule 7(m), the parties certify that they conferred prior to jointly seeking the requested relief.  The parties also conferred with Eric Glitzenstein, counsel for the plaintiff in related Case No. 17-1361, who has no objection to the relief requested herein.

## **STIPULATED SCHEDULE**

The Parties hereby agree to the following schedule for resolution of NTHP's forthcoming motion for a preliminary injunction:

(A) NTHP will file its motion for a preliminary injunction on **August 29, 2017**;

(B) Federal Defendants and Dominion will file their oppositions to NTHP's motion for a preliminary injunction on **September 13, 2017**; and

(C) The parties respectfully request that the Court hear NTHP's motion for preliminary injunction concurrently with the hearing in related Case No. 17-1361, set for **September 20, 2017** at 10 a.m.

A Proposed Order embodying this proposed schedule is attached.

Respectfully submitted this 28th day of August, 2017.

| | |
|---|---|
| JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division<br><br>**/s/ Joseph T. Mathews**<br>JOSEPH T. MATHEWS, Colo. Bar 42865<br>DEDRA S. CURTEMAN, Ill. Bar 6279766<br>Natural Resources Section<br>Joseph.Mathews@usdoj.gov \| 202-305-0432<br>Dedra.Curteman@usdoj.gov \| 202-305-0446<br><br>**/s/ Heather E. Gange**<br>HEATHER E. GANGE, D.C. Bar 452615<br>Heather.Gange@usdoj.gov \| 202-514-0223<br>Environmental Defense Section<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Fax:   (202) 514-8865<br><br>Counsel for Federal Defendants | **/s/ Matthew Adams**<br>Emma Hand, D.C. Bar No. 476001<br>Daniel Morris, D.C. Bar No. 1018371<br>Dentons LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>(202) 408-7094<br>emma.hand@dentons.com<br>daniel.morris@dentons.com<br><br>Matthew Adams (*pro hac vice* pending)<br>Dentons LLP<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA 94105<br>(415) 882-0351<br>matthew.adams@dentons.com<br><br>Counsel for Plaintiffs |

**/s/ Harry M. Johnson, III**
Eric J. Murdock (DC Bar No. 443194)
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1576
emurdock@hunton.com

Harry M. Johnson, III (DC Bar No. IL002)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E Byrd Street
Richmond, VA 23219-4074
(804) 788-8784
pjohnson@hunton.com

Counsel for Proposed Intervenor