**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES<br><br>and<br><br>ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES<br><br>    Plaintiffs,<br><br>        v.<br><br>TODD T. SEMONITE, Lieutenant General Chief of Engineers and Commanding General, U.S. Army Corps of Engineers<br><br>and<br><br>ROBERT M. SPEER<br>Acting Secretary of the Army<br><br>    Defendants. | Civ. No. 17-cv-01574-RCL |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR FILING MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE NATIONAL HISTORIC PRESERVATION ACT**

1

Plaintiffs the National Trust for Historic Preservation in the United States and the Association for the Preservation of Virginia Antiquities ("Plaintiffs") hereby move for an enlargement of time to seek attorney fees and costs pursuant to Section 305 of the National Historic Preservation Act, 54 U.S.C. § 307105.

The United States Court of Appeals for the District of Columbia Circuit held that Federal Defendants' ("Corps'") decision to approve Surry-Skiffes Creek-Whealton transmission line project (the "Project") was arbitrary and capricious, and ordered remand to this Court "with instructions to vacate Dominion's permit and direct the Corps to prepare an environmental impact statement." *Nat'l Parks Conservation Ass'n v. Semonite*, No. 18-5179 (D.C. Cir. March 1, 2019). The Corps filed a petition for panel rehearing and Dominion filed a petition for panel rehearing and for rehearing *en banc*. On May 31, 2019, the Court of Appeals denied *en banc* review, and the panel ordered the case remanded to this Court for consideration of "whether vacatur remains the appropriate remedy, including whether [the Corps and Dominion] have forfeited or are judicially estopped from now opposing vacatur." *Nat'l Parks Conservation Ass'n, No. 18-5179* (D.C. Cir. May 31, 2019).

Plaintiffs are entitled to attorney fees and costs under Section 305 of the National Historic Preservation Act, 54 U.S.C. § 307105, which provides that "in any civil action brought in any United States District Court…to enforce the provisions of this subchapter, if such person substantially prevails in such action, the court may award attorney's fees, expert witness fees, and other costs of participating in such action as the court deems reasonable." Section 305 does not specify a deadline for filing.

However, Plaintiffs also recognize that (1) remedy proceedings before this Court will not be complete for several months; and (2) both Plaintiffs and the plaintiff in related

1

case number 17-cv-1361 will also seek attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412, but cannot do so until the Court of Appeals' judgment becomes final and non-appealable.  Therefore, the interests of judicial economy weigh heavily in favor of addressing fees and costs after remedy proceedings are complete.

In view of the above-referenced considerations, and in an abundance of caution, Plaintiffs therefore request that the time for filing their motion for attorney fees and costs pursuant to Section 305 of the National Historic Preservation Act be extended to and including 30 days after the conclusion of the remedy proceedings before this Court.

Respectfully submitted this 14th day of June, 2019.

          /s/ *Samuel Kohn*

Elizabeth S. Merritt, D.C. Bar No. 337261
National Trust for Historic Preservation
2600 Virginia Ave. NW, Suite 1100
Washington, DC 20037
202-297-4133
emerritt@savingplaces.org

Matthews G. Adams (*pro hac vice*)
Samuel Kohn, D.C. Bar No. 1023158
Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA  94105
(415) 882-0351
matthew.adams@dentons.com

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of June, 2019, I caused service of the foregoing Motion for Enlargement of Time for Filing Motion for Attorney Fees and Costs Pursuant to the National Historic Preservation Act to be made by filing it with the Clerk of the Court via the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service. To the best of my knowledge, all parties to this action receive such notices.

                                          /s/ Matthew Adams_____

                                          Matthew G. Adams