**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES )<br><br>and )<br><br>ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES )<br><br>Plaintiffs, )<br><br>v. )<br><br>TODD T. SEMONITE, Lieutenant General Chief of Engineers and Commanding General, U.S. Army Corps of Engineers )<br><br>and )<br><br>ROBERT M. SPEER Acting Secretary of the Army )<br><br>Defendants. ) | Civ. No. 1:17-cv-01574-RCL |

**DECLARATION OF MATTHEW G. ADAMS IN**
**SUPPORT OF PLAINTIFFS' NOTICE**

I, Matthew G. Adams, declare as follows:

1.      I am a partner at the law firm of Dentons LLP, and counsel for the National Trust

for Historic Preservation in the United States and the Association for the Preservation of Virginia

Antiquities ("Plaintiffs") in this matter.

2.      Plaintiffs elected to file on June 14, 2019, a Motion to enlarge the time for seeking attorney fees and costs pursuant to Section 305 of the National Historic Preservation Act, 54 U.S.C. § 307105.

3.      At approximately 11:40 p.m. on June 14, 2019, Elizabeth Merritt, Deputy General Counsel of the National Trust for Historic Preservation, informed me by telephone that she had encountered a technical issue and was unable to complete the filing via the Court's ECF system.

4.      Samuel Kohn was the first person from my office who was able to log on to the ECF system and complete the filing.

5.      On June 15, 2019, I sent an e-mail to counsel for the Federal Defendants and counsel for the Intervenor-Defendant informing them of the technical failure.  Among other things, the email explains that even though no prejudice is expected to result from the timing of the filing, Plaintiffs would be willing to discuss any accommodations that might be necessary or desirable from Defendants' perspective(s).  A true and correct copy of the email is attached as **Exhibit A**.  Defendants have not responded to this invitation.

6.      On June 17, 2019, at 9:00 a.m., I telephoned the Clerk's Office for the United States District Court for the District of Columbia.  The Clerk's Office suggested that Plaintiffs file a Notice advising of the technical failure and stating relevant facts.  The Clerk's Office also stated that the document might be filed as a "Consent Notice" or a "Notice," depending on the positions of the other parties.  I then e-mailed counsel for the Defendants to ascertain their positions.  Counsel for the Intervenor-Defendant stated that it takes no position.  Counsel for the Federal Defendants stated that they oppose the filing of this document as a "Consent Notice." True and correct copies of these emails are attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 17th day of June, 2019.

_____

Matthew Adams

# EXHIBIT A

## Adams, Matthew

| | |
|---|---|
| **From:** | Adams, Matthew |
| **Sent:** | Saturday, June 15, 2019 2:10 PM |
| **To:** | Curteman, Dedra (ENRD) (Dedra.Curteman@usdoj.gov); Gange, Heather (ENRD) (Heather.Gange@usdoj.gov); 'Johnson, Harry M. Pete' |
| **Subject:** | National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL |

Counsel-

Yesterday, in an abundance of caution, Plaintiffs filed a motion to enlarge the time for seeking fees and costs under section 305 of the National Historic Preservation Act.

Ms. Merritt began the filing well before 11:59 p.m.  She suffered a technical failure, however, and the filing could not be completed.  Ms. Merritt informed me of the technical issue, also prior to 11:59 p.m.  The first person from our office who was able to log on to the ECF system and complete the filing was Mr. Kohn, who was en route from Washington, DC to San Francisco at the time.  Using in-flight wireless, Mr. Kohn completed the filing at 12:57 a.m.

I plan to reach out to the clerk's office on Monday morning.  In the meantime, please accept my apologies for the late hour of the filing.

While Plaintiffs do not expect the timing of the filing is likely to prejudice any party, I would be happy to discuss any accommodations that may be necessary or desirable from your perspective(s).

Many thanks,

Matt

大成 DENTONS    Matthew Adams
Partner

D +1 415 882 0351   |   US Internal 40351
matthew.adams@dentons.com
Bio   |   Website

Dentons US LLP

Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners > 大成

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

# EXHIBIT B

**Adams, Matthew**

| | |
|---|---|
| **From:** | Johnson, Harry M. Pete <pjohnson@hunton.com> |
| **Sent:** | Monday, June 17, 2019 12:24 PM |
| **To:** | Adams, Matthew |
| **Cc:** | Curteman, Dedra (ENRD); Gange, Heather (ENRD); Murdock, Eric |
| **Subject:** | RE: National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL |

Matt,

To the extent it still matters, Dominion takes no position on the Notice.

As for a schedule for filings as to fees and costs, we do not believe the issue concerns Dominion but can participate in a preliminary call in an informational role.  If you or NPCA expects to take the position that Dominion is obligated for fees/costs, please let me know.  Obviously, if Dominion is not an intended target of those requests, Dominion's views on the schedule will not be terribly relevant.  I can be available tomorrow afternoon except 3:45-4:30pm, and can be available mid-day Thursday if a call is set up.

Regards,

Pete



**Harry M. Johnson, III**
Partner
pjohnson@HuntonAK.com
p 804.788.8784
bio | vCard

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

HuntonAK.com

**From:** Adams, Matthew <matthew.adams@dentons.com>
**Sent:** Monday, June 17, 2019 3:10 PM
**To:** Gange, Heather (ENRD) <Heather.Gange@usdoj.gov>
**Cc:** Curteman, Dedra (ENRD) <Dedra.Curteman@usdoj.gov>; Johnson, Harry M. Pete <pjohnson@hunton.com>
**Subject:** RE: National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL

Thank you for the clarification.
I think we have what we need for the notice. We will file it later today as a "Notice" rather than a "Consent Notice."
More generally, it sounds like the Federal Defendants oppose the concept of addressing fees and costs after the conclusion of the District Court proceedings. We would like to confer with you for the purpose of understanding your preferred schedule for resolving the entire set of fee/cost requests.
To be clear, we do not expect Federal Defendants to take a position on Plaintiffs' entitlement to fees and costs; rather, we would like to understand your preferred schedule so that we can determine whether there is a mutually agreeable timeline.
In our experience, all parties tend to benefit from a negotiated resolution to these issues.
Do you have any availability tomorrow (Tuesday) late afternoon or Thursday around midday?

Many thanks,
Matt


**大成DENTONS**   Matthew Adams
Partner

D +1 415 882 0351   |   US Internal 40351
matthew.adams@dentons.com
Bio   |   Website

Dentons US LLP

Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner
Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez
Velarde > Rodyk > Boekel > OPF Partners > 大成

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.


**From:** Gange, Heather (ENRD) <Heather.Gange@usdoj.gov>
**Sent:** Monday, June 17, 2019 10:42 AM
**To:** Adams, Matthew <matthew.adams@dentons.com>
**Cc:** Curteman, Dedra (ENRD) <Dedra.Curteman@usdoj.gov>; Johnson, Harry M. Pete <pjohnson@hunton.com>
**Subject:** Re: National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL

Hi Matt,

  My apologies if I was unclear.  We do not consent to a motion for enlargement of time, and do not agree to the
"consent notice" approach set out in your email.

Heather

Sent from my iPhone

On Jun 17, 2019, at 12:52 PM, Adams, Matthew <matthew.adams@dentons.com> wrote:

> Just to be clear:  You do not consent to the filing of the notice or to the motion itself?
> Thanks again,
> Matt
>
> <image001.png>
>            Matthew Adams
>            Partner
>
>            D +1 415 882 0351   |   US Internal 40351
>            matthew.adams@dentons.com
>            Bio   |   Website
>
>            Dentons US LLP
>
>            Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinne

2

Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lope
Velarde > Rodyk > Boekel > OPF Partners > 大成

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Thi
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure,
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see dentons.com for Legal Notices.

**From:** Gange, Heather (ENRD) <Heather.Gange@usdoj.gov>
**Sent:** Monday, June 17, 2019 9:47 AM
**To:** Adams, Matthew <matthew.adams@dentons.com>
**Cc:** Curteman, Dedra (ENRD) <Dedra.Curteman@usdoj.gov>; Johnson, Harry M. Pete
<pjohnson@hunton.com>
**Subject:** Re: National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL

Hi Matt,

Thank you for providing the draft.  The U.S. has determined that it does not consent.

Best regards,

Heather

Sent from my iPhone

On Jun 17, 2019, at 12:22 PM, Adams, Matthew <matthew.adams@dentons.com> wrote:

> Dedra-
> A copy of the current version of the draft notice is attached.
> There are a couple of blanks in which the Defendants' position(s) would be
> addressed.  Also note that we do not yet have the various supporting declarations
> executed; references to those documents will be added prior to filing.
> There is no specific deadline for getting this on file, but we would like to get it done later
> today if possible.
> Many thanks,
> Matt
>
>
> <image001.png>
>
> Matthew Adams
> Partner
>
> D +1 415 882 0351   |   US Internal 40351
> matthew.adams@dentons.com
> Bio   |   Website
>
> Dentons US LLP
>
> Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law
> Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardena:
> Velarde > Rodyk > Boekel > OPF Partners > 大成
>
> Dentons is a global legal practice providing client services worldwide through its member firms and affil
> email may be confidential and protected by legal privilege. If you are not the intended recipient, disclos

3

copying, distribution and use are prohibited; please notify us immediately and delete this copy from you
Please see dentons.com for Legal Notices.

**From:** Curteman, Dedra (ENRD) <Dedra.Curteman@usdoj.gov>
**Sent:** Monday, June 17, 2019 9:04 AM
**To:** Adams, Matthew <matthew.adams@dentons.com>; Gange, Heather (ENRD) <Heather.Gange@usdoj.gov>; Johnson, Harry M. Pete <pjohnson@hunton.com>
**Subject:** RE: National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL

Matt,

Can you please send along a copy of the filing?

Thanks,

Dedra

-----Original Message-----
From: Adams, Matthew <matthew.adams@dentons.com>
Sent: Monday, June 17, 2019 9:41 AM
To: Curteman, Dedra (ENRD) <DCurteman@ENRD.USDOJ.GOV>; Gange, Heather (ENRD) <HGange@ENRD.USDOJ.GOV>; Johnson, Harry M. Pete <pjohnson@hunton.com>
Subject: Re: National Trust for Historic Preservation v. Semonite, Case No. 1:17-cv-01574-RCL

Counsel-
Further following up on this.
I spoke to the clerk's office this morning.
The recommendation was to file a notice containing relevant information.
The clerk's office suggested that the notice should be filed as a "consent notice" if the parties do not object to a June 14 filing date.
With apologies for the additional burden, may I ask for your positions on that limited issue? Unless you direct otherwise, the notice would specify that defendants are not stating a position on the motion itself.
Many thanks,
Matt


[http://logo.dentons.com/dentons_logo.png]

Matthew Adams
Partner

D +1 415 882 0351 | US Internal 40351
matthew.adams@dentons.com<mailto:matthew.adams@dentons.com>
Bio<http://www.dentons.com/ch.aspx?email=matthew.adams@dentons.com&action=biolink> | Website<http://www.dentons.com>

Dentons US LLP

Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners > 大成

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

On Jun 15, 2019, at 2:10 PM, Adams, Matthew <matthew.adams@dentons.com<mailto:matthew.adams@dentons.com>> wrote:

Counsel-
Yesterday, in an abundance of caution, Plaintiffs filed a motion to enlarge the time for seeking fees and costs under section 305 of the National Historic Preservation Act.
Ms. Merritt began the filing well before 11:59 p.m. She suffered a technical failure, however, and the filing could not be completed. Ms. Merritt informed me of the technical issue, also prior to 11:59 p.m. The first person from our office who was able to log on to the ECF system and complete the filing was Mr. Kohn, who was en route from Washington, DC to San Francisco at the time. Using in-flight wireless, Mr. Kohn completed the filing at 12:57 a.m.
I plan to reach out to the clerk's office on Monday morning. In the meantime, please accept my apologies for the late hour of the filing.
While Plaintiffs do not expect the timing of the filing is likely to prejudice any party, I would be happy to discuss any accommodations that may be necessary or desirable from your perspective(s).
Many thanks,
Matt

Matthew Adams
Partner

D +1 415 882 0351 | US Internal 40351
matthew.adams@dentons.com<mailto:matthew.adams@dentons.com>
Bio<http://www.dentons.com/ch.aspx?email=matthew.adams@dentons.com&action=biolink> | Website<http://www.dentons.com>

Dentons US LLP

Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners > 大成

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com<http://dentons.com> for Legal Notices.

<Notice re Motion for Enlargement of Time(112624190_1).DOCX>