UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES<br><br>and<br><br>ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD T. SEMONITE, Lieutenant General Chief of Engineers and Commanding General, U.S. Army Corps of Engineers<br><br>and<br><br>ROBERT M. SPEER<br>Acting Secretary of the Army<br><br>    Defendants. | Civ. No. 1:17-cv-01574-RCL |

**DECLARATION OF ELIZABETH S. MERRITT IN
<u>SUPPORT OF PLAINTIFFS' NOTICE</u>**

I, Elizabeth S. Merritt, declare as follows:

1.    I am Deputy General Counsel for the National Trust for Historic Preservation in the United States, one of the Plaintiffs in this matter.

2.    Plaintiffs elected to file on June 14, 2019, a one and one-half page Motion to enlarge the time for seeking attorneys' fees and costs pursuant to Section 305 of the National Historic Preservation Act, 54 U.S.C. § 307105.

1

3. I began the filing process shortly after 11:00 p.m. EDT on June 14, 2019. Unfortunately, I encountered a technical issue and could not complete the filing. After several attempts to resolve the issue, I was eventually locked out of the ECF system.

4. When it became clear that I might not be able to complete the filing as planned, I communicated that fact to Matthew Adams at Dentons LLP. This occurred at approximately 11:40 p.m. EDT on June 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 17th day of June, 2019.

*Elizabeth Merritt*

_____
Elizabeth S. Merritt