UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES<br><br>and<br><br>ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>TODD T. SEMONITE, Lieutenant General Chief of Engineers and Commanding General, U.S. Army Corps of Engineers<br><br>and<br><br>ROBERT M. SPEER<br>Acting Secretary of the Army<br><br>　　　Defendants. | Civ. No. 1:17-cv-01574-RCL |

**DECLARATION OF SAMUEL KOHN IN
SUPPORT OF PLAINTIFFS' NOTICE**

I, Samuel Kohn, declare as follows:

1. I am an associate at the law firm of Dentons LLP, counsel for the National Trust for Historic Preservation in the United States and the Association for the Preservation of Virginia Antiquities ("Plaintiffs") in this matter.

2. At approximately 11:45 p.m. EDT on June 14, 2019, while I was flying from Washington, DC to San Francisco, Matthew Adams asked me to complete the filing of a short

1

Motion in the above-captioned matter. Mr. Adams explained that a technical problem had prevented the filing from being completed earlier.

3. I prepared a notice of appearance, logged into the Court's ECF system, filed the notice of appearance, and, finally, filed the Motion. Unfortunately, the in-flight wireless system made each of these steps unusually time-consuming. For example, the slowness of the in-flight wireless system resulted in my being disconnected from our Firm's remote access server (on which the documents to be filed were saved) on multiple occasions. I eventually completed the filing at 12:57 a.m. EDT on June 15, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 17th day of June, 2019.

Samuel Kohn