**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> TODD T. SEMONITE, Lieutenant General, U.S. Army Corps of Engineers, *et al*., <br><br> Defendants <br><br> and <br><br> VIRGINIA ELECTRIC & POWER COMPANY <br><br> Defendant-Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. 17-cv-01574-RCL |

**DECLARATION OF RICHARD D. TABORS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR REMAND WITHOUT VACATUR**

1

**Declaration of Richard D. Tabors**

I, Richard D. Tabors, hereby declare as follows:

1.      I am over the age of twenty-one and the facts set forth in this Declaration are based upon my personal knowledge, my work, or work done under my direction. Were I called upon as a witness in this proceeding, I could and would testify competently thereto under oath. As to those matters that reflect an opinion, they reflect my personal and professional opinion on the matter.

2.      I have been a resident of Cambridge, Massachusetts since 1970. I received a BA in Biology from Dartmouth College in 1965, and an MS and PhD in Geography and Economics from the Maxwell School of Syracuse University in 1969 and 1970. In addition, I received an Honorary Doctorate in Engineering from the University of Strathclyde in Glasgow, Scotland in 2015. From 1970 to 1976, I was a member of the research staff and faculty at Harvard University. In 1976, I joined the research staff of the Massachusetts Institute of Technology where I held a range of research and teaching assignments that culminated in the title of Senior Research Engineer and Senior Lecturer in the School of Engineering. I was Assistant director of the Laboratory of Electromagnetic and Electronic Systems (the MIT Power Systems laboratory) and Associate Director of the Technology and Policy teaching program. I have been an active consultant and expert witness in power system markets, economics and planning worldwide through firms of which I have been both the founder and an officer. This has included Tabors Caramanis & Associates (1988 until sold to Charles River Associates in

2004), Charles River Associates (2004 to 2012) and Tabors Caramanis Rudkevich (2014 to the present).

3. I have reviewed and am familiar with the Regional Transmission Expansion Plan ("RTEP") documents prepared by PJM Interconnection, LLC ("PJM") for 2012, 2014, 2015, 2016, 2017, 2018, and 2019, each of which provides summer peak power flow cases estimating load in Dominion Virginia Power Zone 356. Dominion Virginia Power Zone 356 is the same as the North Hampton Roads Load Area, which is the area that the Surry-Skiffes Creek-Whealton transmission line project is intended to serve. The RTEP estimates are summarized in the following chart:

| RTEP Year | Forecast Year | Load Forecast (Zone 356) |
|---|---|---|
| 2012 | 2020 | 1708 MW |
| 2014 | 2018 | 1518 MW |
| 2015 | 2019 | 1567 MW |
| 2016 | 2020 | 1405 MW |
| 2017 | 2021 | 1423 MW |
| 2018 | 2022 | 1405 MW |
| 2019 | 2023 | 1407 MW |

4. I have also reviewed and am familiar with the Federal Energy Regulatory Commission ("FERC") Form 715 filings by PJM for 2011 (filed April, 2012), 2015 (filed April, 2016), and 2018 (filed April, 2019), each of which provides summer peak power flow cases estimating load in Dominion Virginia Power Zone 356. Those estimates are summarized in the following chart:

2

| Vintage Year | Forecast Year | Load Forecast (Zone 356) |
|---|---|---|
| 2011 | 2012 | 1600 MW |
|  | 2013 | 1663 MW |
|  | 2022 | 1871 MW |
| 2015 | 2021 | 1497 MW |
|  | 2026 | 1516 MW |
| 2018 | 2019 | 1397 MW |
|  | 2028 | 1412 MW |

5. When the Surry-Skiffes Creek-Whealton transmission line project was proposed, the 2012 RTEP was used as the justification for proposing the 500kV transmission solution. Since 2012, the RTEP forecasts have consistently trended downward. The FERC requires that Form 715 data be filed annually by all Regional Transmission Operators, including PJM. The information in Form 715 is required to be filed annually to ensure that coordinated transmission planning can occur across the nation's electrical grid. Each utility in the PJM region submits an annual report to PJM, which reports this information to FERC. Load forecasts from PJM's Form 715 Filings have trended even more dramatically downward than the RTEP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Richard D. Tabors

Executed this 15th day of August, 2019.

3