**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, *et al*. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civ. No. 17-cv-01574-RCL |
| TODD T. SEMONITE, Lieutenant General, U.S. Army Corps of Engineers, *et al*., | ) ) ) ) | |
| Defendants | ) ) | |
| and | ) ) | |
| VIRGINIA ELECTRIC & POWER COMPANY | ) ) ) | |
| Defendant-Intervenor. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for remand without vacatur and the papers, evidence, and arguments submitted in support of and in opposition to, and good cause appearing therefor, the Court hereby **DENIES** Defendants' motions for remand without vacatur. It is hereby **ORDERED AND DECLARED**:

(1) That the U.S. Army Corps of Engineers' July 3, 2017 Permit (No. NAO-2012-00080), Environmental Assessment, Finding of No Significant Impact, and Clean Water Act Statement of Findings, are set aside pursuant to 5 U.S.C. § 706(2);

1

(2)  That prior to taking action to approve, re-approve, or limit the choice of potentially reasonable alternatives to the Surry-Skiffes Creek-Whealton project ("Project"), the U.S. Army Corps of Engineers must prepare an Environmental Impact Statement consistent with the National Environmental Policy Act, its implementing regulations, and the Court of Appeals' opinion in *Nat'l Parks Conservation Ass'n v. Semonite*, 916 F.3d 1075 (D.C. Cir. 2019), *amended in part on reh'g*, 925 F.3d 500 (D.C. Cir. 2019) addressing the same; and

(3)  That prior to taking action to approve, re-approve, or limit the choice of reasonable alternatives to the Surry-Skiffes Creek-Whealton project ("Project"), the U.S. Army Corps of Engineers must fully comply with Section 110(f) of the National Historic Preservation Act and the Court of Appeals' opinion in *Nat'l Parks Conservation Ass'n v. Semonite*, 916 F.3d 1075 (D.C. Cir. 2019), *amended in part on reh'g*, 925 F.3d 500 (D.C. Cir. 2019) addressing the same.

_____
Hon. Royce C. Lamberth
United States District Judge