**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>TODD T. SEMONITE, Lieutenant General, U.S. Army Corps of Engineers, *et al*.,<br><br>Defendants<br><br>and<br><br>VIRGINIA ELECTRIC & POWER COMPANY<br><br>Defendant-Intervenor. | Civ. No. 17-cv-01574-RCL |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

1

Consistent with this Court's Order of June 24, 2019 (Dkt. 102), Plaintiffs the National Trust for Historic Preservation in the United States and the Association for the Preservation of Virginia Antiquities ("Plaintiffs") move this Court for an order granting leave to file the attached sur-reply brief addressing the Motions for Remand filed by the Federal Defendants' ("Corps") (Dkt. 108) and Virginia Electric and Power Company ("Dominion") (Dkt. 107).  The purposes of the sur-reply are to provide information helpful to the resolution of the pending motions and to respond to new arguments raised in the Defendants' reply briefs.

This is the correct circumstance for a sur-reply.  A sur-reply is appropriate when the "proposed surreply would be helpful to the resolution of the pending motion" and the other party would not be "unduly prejudiced." *Glass v. Lahood*, 786 F.Supp.2d 189, 231 (D.D.C. 2011), *aff'd*, No. 11-5144, 2011 WL 6759550 (D.C. Cir. Dec. 8, 2011).  A sur-reply is also warranted where a party raises new arguments in a reply brief.  *See, e.g., Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (noting that "the district court routinely grants" motions for leave to file a sur-reply if necessary to address new material).  Moreover, this Court accurately forecast to the possibility of a sur-reply in its June 24, 2019, Scheduling Order (Dkt. 102), giving all parties considerable notice of Plaintiffs' request.

Plaintiffs' proposed sur-reply will be helpful to the pending motion.  A sur-reply brief is "helpful" when it allows "the Court to understand certain of Plaintiffs' arguments in greater detail." *Khine v. United States Dep't of Homeland Sec.*, 334 F. Supp. 3d 324, 331 n.6 (D.D.C. 2018).  Here, the pending motions implicate numerous issues, arising in the course of years of litigation, that are spread across two cases.  Plaintiffs' sur-reply will be helpful to the Court by providing additional clarity and detail with respect to the parties' positions, particularly on the issues of judicial estoppel and the first *Allied-Signal* factor.

The proposed sur-reply is also necessary to respond to new materials. In its reply brief, the Corps has presented new arguments regarding the purposes of the National Environmental Policy Act. For its part, Dominion has presented new arguments and a series of supplemental declarations addressing the second *Allied-Signal* factor and the purposes of the National Environmental Policy Act. *See* Dkt. 111-2, 111-3, 111-4. In addition, proposed amicus curiae PJM Interconnection, LLC has taken the unusual step of requesting leave to file a "reply" of its own. *See* Dkt. 113. Plaintiffs' sur-reply is necessary to respond to these materials. *See, e.g., Doe v. Exxon Mobil Corp.*, 69 F. Supp. 3d 75, 85 (D.D.C. 2014) ("This Court has previously granted leave to file a sur-reply when the opposing party's reply brief included a supplemental declaration"); *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (noting that "the district court routinely grants" motions for leave to file a sur-reply if necessary to address new material).

Neither the Corps nor Dominion would be prejudiced by Plaintiffs' sur-reply. The sur-reply is addressed in the Court's Scheduling Order (Dkt. 102), and Defendants have been aware of it throughout these remedy proceedings.

In sum, permitting a sur-reply will ensure that all arguments have been fully briefed for this Court's consideration, and would not prejudice the Federal Defendants or Dominion in any way.

Pursuant to Local Civil Rule 7(m), on September 12, 2019, Plaintiffs asked counsel for the Corps and Dominion for their positions with respect to Plaintiffs' request for leave to file a sur-reply. The Corps and Dominion state no position until they review the sur-reply.

For the foregoing reasons, and for good cause shown, Plaintiffs respectfully request that the Court grant leave to file a sur-reply in further opposition to the Corps' Motion to Remand and Dominion's Motion to Remand. Consistent with the page limits applicable to reply briefs, the sur-reply is fewer than 25 pages. A proposed order is submitted with this motion.

Respectfully submitted this 15th day of September, 2019.

        */s/ Matthew G. Adams*

Matthew G. Adams (*pro hac vice*)
Jessica L. Duggan (*pro hac vice*)
Samuel Kohn, D.C. Bar No. 1023158
Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA  94105
(415) 882-0351
matthew.adams@dentons.com
jessica.duggan@dentons.com
samuel.kohn@dentons.com

Elizabeth S. Merritt, D.C. Bar No. 337261
Sharee Williamson, D.C. Bar No. 990497
National Trust for Historic Preservation
2600 Virginia Ave. NW, Suite 1100
Washington, DC 20037
202-297-4133
emerritt@savingplaces.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of September, 2019, I caused service of the foregoing Motion for Leave to File Sur-Reply to be made by filing it with the Clerk of the Court via the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service. To the best of my knowledge, all parties to this action receive such notices.

                                                                   */s/ Matthew G. Adams*

                                                                Matthew G. Adams (*pro hac vice*)
                                                                Dentons US LLP
                                                                One Market Plaza
                                                                Spear Tower, 24th Floor
                                                                San Francisco, CA  94105
                                                                (415) 882-0351
                                                                matthew.adams@dentons.com