**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES | ) ) ) | |
| and | ) ) | |
| ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 1:17-cv-01574-RCL |
| TODD T. SEMONITE, Lieutenant General Chief of Engineers and Commanding General, U.S. Army Corps of Engineers | ) ) ) ) | |
| and | ) ) | |
| ROBERT M. SPEER Acting Secretary of the Army | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF MATTHEW G. ADAMS IN**
**SUPPORT OF PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANTS'**
**MOTIONS FOR REMAND WITHOUT VACATUR**

I, Matthew G. Adams, declare as follows:

1.     I am a partner at the law firm of Dentons LLP, and counsel for the National Trust

for Historic Preservation in the United States and the Association for the Preservation of Virginia

Antiquities ("Plaintiffs") in this matter.

2.      On September 15, 2019, I visited the United States Department of Energy's website and obtained a copy of a February 8, 2019, application letter from PJM Interconnection, LLC.  A true and correct copy of that application letter is attached hereto as **Exhibit A**.  The website address is https://www.energy.gov/sites/prod/files/2019/03/f60/DOE%20Order%20202-18-6%20Renewal%202-8-18%20Filing%20Letter.pdf .

3.      On September 15, 2019, I visited the website of the Richmond Times-Dispatch newspaper and obtained a news article titled "Dominion Claimed Excess Profits of $277 Million in 2018, According to SCC Report."  A true and correct copy of that article is attached hereto as **Exhibit B**.  The website address is https://www.richmond.com/news/virginia/government-politics/dominion-claimed-excess-profits-of-million-in-according-to-scc/article_791e00bb-8c0e-53fe-b3ee-d540b5876f7b.html

4.      On September 15, 2019, I visited the United States Army Corps of Engineers' website and obtained a copy of a "Federal Public Notice."  A true and correct copy of that Notice is attached hereto as **Exhibit C**.  The website address is https://www.nao.usace.army.mil/Media/Public-Notices/Article/1885530/nao-2012-00080/ .

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 15th day of September, 2019.

_____
Matthew G. Adams

# Exhibit A



PJM Interconnection, L.L.C.
2750 Monroe Boulevard
Audubon, PA  19403

Steven R. Pincus
Associate General Counsel
T: (610) 666-4438 I F: (610) 666-8211
steven.pincus@pjm.com

February 8, 2019

The Honorable James Richard Perry
Secretary of the Energy
United States Department of Energy
1000 Independence Ave, SW
Washington, DC 20585

**Re:    Order No. 202-18-6 Renewal Application Filing**

Dear Secretary Perry:

Pursuant to Section 202(c) of the Federal Power Act ("FPA"),[1] Section 301(b) of the

Department of Energy Organization Act,[2] the Department of Energy's ("DOE") Rules of

Practice and Procedure[3] and Order No. 202-18-6 issued on December 6, 2018, by the Secretary

of Energy ("Secretary"), PJM Interconnection, L.L.C. ("PJM") respectfully submits a request for

a 30-day renewal of Order No. 202-18-6 to address a continuing emergency in the North

Hampton Roads area of Virginia due to the shortage of electric energy and the shortage of

facilities for the generation and transmission of electric energy.  PJM incorporates by reference

PJM's initial application submitted on June 13, 2017, and all attachments and appendices thereto

(the "June 13 Application").  PJM also incorporates by reference (i) PJM's renewal applications

submitted: August 24, 2017 (the "August 24 Application"), November 29, 2017 (the "November

29 Application"), February 20, 2018 (the "February 20 Application"), May 21, 2018 (the "May

21 Application"), August 17, 2018 (the "August 17 Application"), November 13, 2018 (the

---

[1] 16 U.S.C. § 824a(c).

[2] 42 U.S.C. § § 7101 and 7151(b).

[3] 16 C.F.R. §§ 205.370, 205.371 and 205.372 and 205.373.

"November 13 Application") and all attachments and appendices thereto (collectively "Renewal Applications"); and (ii) the compliance reports submitted to the DOE by PJM and Virginia Electric and Power Company ("Dominion Energy Virginia") concerning the operations and associated emission and water usage data and/or schedule estimate changes referenced below. PJM respectfully requests that the Secretary grant this renewal application prior to the expiration of the current order (*i.e*. prior to March 8, 2019) for the 30 day period March 9, 2019 through April 8, 2019.[4]

## I.  BACKGROUND

### A.  *The June 13 Application*

In the June 13 Application, PJM stated the need to request renewals of the Order No. 202-17-2 issued on June 16, 2017 on a rolling basis until the PJM ordered Regional Transmission Expansion Planning Process ("RTEPP") Skiffes Creek Transmission Project is placed into service, which was originally anticipated to be completed in 18-20 months once all permits are issued.[5]   In Order No. 202-17-2, the Secretary determined "that an emergency exists in the Commonwealth of Virginia due to a shortage of electric energy, a shortage of facilities for the generation of electric energy, and other causes, and that issuance of this Order will meet the emergency and serve the public interest."[6]   In doing so, the Secretary directed Dominion Energy

---

[4] As explained below, the outage schedule for the Skiffes Creek Transmission Project is currently scheduled to be completed on February 28, 2019; however, given the possibility of construction or other project delays, PJM requests an additional 30 day renewal period to address any unforeseen project difficulties and the ongoing emergency until the Skiffes Creek Transmission Project is completed.

[5] As discussed below, PJM and Dominion Energy Virginia submitted reports updating the outage schedule for the Skiffes Creek Transmission Project in accordance with the Secretary's directives.

[6] Order No. 202-17-2, page 1.

Honorable James Richard Perry
February 8, 2019
Page 3

Virginia to operate Yorktown Units 1 and 2 as directed by PJM as needed to address reliability issues for the initial 90-day period, June 16, 2017 to September 14, 2017, or any renewal thereof.[7]   The Secretary also directed PJM and Dominion Energy Virginia to develop and implement a dispatch methodology and submit it to the DOE upon implementation.[8]   The dispatch methodology was submitted by PJM on June 27, 2017.

     *B.  The Renewal Applications.*

     In the Renewal Applications, PJM submitted requests for 90 day renewals of DOE Order Nos. 202-17-2 (issued June 16, 2017), 202-17-4 (issued September 14, 2017), 202-18-2 (issued December 13, 2017), 202-18-3 (issued March 13, 2018), 202-18-4 (issued June 8, 2018), 202-18-5 (issued September 5, 2018), and 202-18-6 (issued December 6, 2018) successively (collectively the "Renewal Orders").   The Renewal Applications requested orders of the Secretary under Section 202 (c) of the FPA which provided among other things that an emergency continued to exist in the Commonwealth of Virginia due to a shortage of electric energy, a shortage of facilities for the generation of electric energy, and other causes, and that issuance of a renewal order will meet the emergency and serve the public interest for another 90 renewal period.   Following each Renewal Application the Secretary issued the Renewal Orders determining "that an emergency continues to exist in the North Hampton Roads area of Virginia due to a shortage of electric energy and a shortage of facilities for the generation and transmission of electric energy."[9]

---

[7] Order No. 202-17-2, page 2.

[8] Order No. 202-17-2, page 2.

[9] Order No. 202-17-2, page 1; Order No. 202-17-4 page 1; Order No. 202-18-2 page 1; Order No. 202-18-3 page 1; Order No. 202-18-4 page 1; Order No. 202-18-5 page 1; and Order No. 202-18-6 at page 1.

Honorable James Richard Perry
February 8, 2019
Page 4

*C.  The November 13 Application for Renewal of Order No. 202-18-5.*

In response to the most recent prior renewal application (*i.e.* the November 13 Application), the Secretary issued Order No. 202-18-6 which determined "that an emergency continues to exist in the North Hampton Roads area of Virginia due to a shortage of electric energy and a shortage of facilities for the generation and transmission of electric energy."[10] Thus, the Secretary granted PJM's November 13 Application allowing operation of Yorktown Units 1 and 2, for an additional 90-day period to expire on March 8, 2019.[11]   Order No. 202-18-6 directs any renewal request must be submitted at least 21 calendar days before Order No. 202-18-6 expires.[12]   Since Order No. 202-18-6 expires on March 8, 2019, PJM respectfully submits this renewal request.[13]

*D.  Compliance Reports.*

In compliance with the Secretary's reporting directives, PJM and Dominion Energy Virginia have submitted the following reports:

1.  On September 28, 2017, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

2.  On August 22, 2017, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

---

[10] Order No. 202-18-6, page 1.

[11] Order No. 202-18-6, page 2.

[12] Order No. 202-18-6, page 2, paragraph D.

[13] DOE staff requested PJM file this renewal application on February 8, 2019.

Honorable James Richard Perry
February 8, 2019
Page 5

3.  On October 12, 2017, PJM and Dominion Energy Virginia submitted a report revising the Skiffs Creek Transmission Project construction schedule and providing associated emission estimates.

4.  On November 9, 2017, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

5.  On March 16, 2018, PJM and Dominion Energy Virginia submitted a report updating the outage schedule for the Skiffes Creek Transmission Project.

6.  On April 25, 2018, PJM and Dominion Energy Virginia submitted a report regarding a test run of Yorktown Units 1 and 2 on April 11, 2018.

7.  On May 9, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

8.  On June 6, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

9.  On June 20, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

10. On July 3, 2018, PJM and Dominion Energy Virginia submitted a report updating the construction schedule for the Skiffes Creek Transmission Project for the Yorktown-Lanexa 34 115 kV Transmission Line which did not change the runtime estimates for the Yorktown units.

11. On July 3, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

12. On July 18, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

13. On September 12, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

14. On September 26, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

15. On October 2, 2018, PJM and Dominion Energy Virginia submitted a report revising the Skiffs Creek Transmission Project construction schedule and providing associated emission estimates.

16. On October 10, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

17. On October 24, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

18. On November 7, 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

19. On December, 19 2018, PJM and Dominion Energy Virginia submitted a report regarding PJM's dispatch and the associated operations of Yorktown Units 1 and/or 2.

20. On December 26, 2018, PJM and Dominion Energy Virginia submitted a report updating the Skiffs Creek Transmission Project construction schedule.[14]

## II. RENEWAL REQUEST

As stated in the June 13 Application, the Skiffes Creek Transmission Project was originally expected to be completed and placed into service approximately 18-20 months after receipt of all applicable permits.  On December 26, 2018, PJM and Dominion Energy Virginia reported to the Secretary confirming at that time that the construction schedule for the Skiffes Creek Transmission Project is estimated to be complete by March 31, 2019.  Dominion Energy Virginia recently notified PJM of 2 successive changes to the estimated Skiffes Creek Transmission Project completion date:

1. On January 22, 2019, Dominion Energy Virginia notified PJM that the Skiffes Creek Transmission Project completion date moved up from March 31, 2019, to March 8, 2019;[15] and

2. On February 6, 2019, Dominion Energy Virginia notified PJM that the Skiffes Creek Transmission Project completion date moved up from March 8, 2019, to February 28, 2019.[16]

---

[14] There were no associated emission estimates changes for Yorktown Units 1 and 2 reported as a result of this construction schedule update.

[15] There are no associated emissions estimates for Yorktown Units 1 and 2 as a result of this construction schedule change.

Honorable James Richard Perry
February 8, 2019
Page 7

Nonetheless, due to the possibility of unforeseen delays in construction or other project delays, the emergency continues to exist in the Commonwealth of Virginia due to a shortage of electric energy, a shortage of facilities for the generation of electric energy, and other causes, and that issuance of a renewal order is needed address any unforeseen project difficulties and to meet the ongoing emergency and serve the public interest for an additional 30 day renewal period.  In accordance with the Secretary's directives, PJM and Dominion Energy Virginia will report on changes to the Skiffes Creek Transmission Project construction schedule and revised outage schedules as necessary and appropriate. When the Skiffes Creek Transmission Project is completed, PJM will immediately notify the Secretary and DOE legal staff in writing via electronic mail.

Therefore, given the extended nature of the emergency, the emergency continues to exist as set forth in the initial June 13 Application and the Renewal Applications and as determined by the Secretary in the Renewal Orders until such time as PJM notifies the Secretary that the Skiffs Creek Transmission Project is completed.  PJM respectfully requests that the Secretary grant this renewal application prior to the expiration of the current order (*i.e.* prior to March 9, 2019) under Section 202 (c) of the FPA.

PJM requests that the renewal order provide as follows:

(i)     That an emergency continues to exist in the North Hampton Roads area of Virginia due to a shortage of electric energy and a shortage of facilities for the generation and transmission of electric energy and that issuance of a renewal Order will meet the emergency and serve the public interest;

---

[16] There are no associated emissions estimates for Yorktown Units 1 and 2 as a result of this construction schedule change.

(ii)     From March 9, 2018 to April 8, 2019 (or sooner if PJM notifies the Secretary that the Skiffs Creek Transmission Project is completed), Dominion Energy Virginia shall operate Yorktown Units 1 and/or 2 as directed by PJM as needed to maintain grid reliability or for local area transmission issues.

(iii)     The limitations on operations and reporting requirements for operations and estimated emissions ensure, to the maximum extent practicable, consistency with applicable laws and regulations and transparency of implementation;

(iv)     Consistent with the dispatch methodology submitted by PJM on June 27, 2017, good utility practice and the PJM Tariff, PJM and Dominion Energy Virginia shall exhaust all reasonably and practically available resources including demand response and identified behind-the-meter generation resources to the extent that such resources address maintenance of grid reliability, prior to operating Yorktown Units 1 and/or 2;[17]

(v)     Dominion Energy Virginia shall continue to follow the dispatch methodology submitted by PJM on June 27, 2017; Every two weeks, PJM and Dominion Energy Virginia shall report all dates on which Yorktown Units 1 and/or 2 are operated as well as the estimated emissions and water usage date for those dates;

(vi)     In the event that the outage schedule or estimates change from those presented in the renewal application, PJM and/or Dominion Energy Virginia shall also provide updated outages schedules and associated Yorktown Units 1 and 2 emission estimates within 2 weeks of such change;

(vii)     PJM and Dominion Energy Virginia shall immediately file a report notifying the Secretary when the Skiffes Creek Transmission Project is completed and Yorktown Units 1 and 2 operations will no longer be required to maintain grid reliability or for local area transmission issues; and

(viii)     In the event the Skiffes Creek Transmission Project is not expected to be completed by March 8, 2019, PJM may file a request for a renewal order no later than March 18, 2019.

Respectfully submitted,

/s/ *Steven R. Pincus*

Steven R. Pincus
Associate General Counsel
PJM Interconnection, L.L.C.
Craig Glazer
VP, Federal Government Policy
PJM Interconnection, L.L.C.

---

[17] *See* Footnote 10.

Honorable James Richard Perry
February 8, 2019
Page 9

Cc (via electronic mail): Pat Hoffman, U.S. Department of Energy
Catherine Jereza, U.S. Department of Energy
Rakesh Batra, U.S. Department of Energy
Michael C. Regulinski, Dominion Energy Services, Inc.
Casey Roberts, Sierra Club Environmental Law Program

**Exhibit B**

Dominion claimed excess profits of $277 million in 2018, according to SCC report | Government Politics

https://www.richmond.com/news/virginia/government-politics/dominion-claimed-excess-profits-of-million-in-according-to-scc/article_791e00bb-8c0e-53fe-b3ee-d540b5876f7b.html

FEATURED

# Dominion claimed excess profits of $277 million in 2018, according to SCC report

By MEL LEONOR Richmond Times-Dispatch   Aug 29, 2019



Thomas F. Farrell II, Dominion Energy's CEO, spoke in July at a groundbreaking for the utility's offshore wind project.
MICHAEL MARTZ/TIMES-DISPATCH

Dominion Energy claimed excess profits of $277.3 million in 2018, a return of 13.47%, topping the 9.2% approved by regulators for most of Dominion's spending, according to an update on the state of electric regulation published Thursday.

The report compiled by the State Corporation Commission also shows that typical residential bills of Dominion Energy customers in Virginia have increased 26% since 2007 — from $90.59 to $113.76 — but are down $2.76 from last year.

The figures, part of an annual review by the commission of Dominion's earnings to state lawmakers, come as the state monitors the rollout of a contentious law passed in 2018 that reconfigured how Dominion handles overearnings.

Dominion claimed excess earnings of $277 million, according to the report. Planning and Politics in Virginia        9/15/19, 6:43 PM

As part of the new law, the Richmond-based electric monopoly will be allowed to divert excess earnings into new capital investments that modernize the state's electric grid and boost renewables, instead of refunding the money to ratepayers or reducing electricity rates.

At the same time, the utility is seeking to up its rate of return to 10.75% in a case pending before the commission.

According to Thursday's report, the combined overearnings from 2017 and 2018 that would qualify for customer refunds amount to $379.7 million — though that's not what Dominion is planning to do.

In explaining Thursday's excess earning figures, Dominion Energy spokeswoman Audrey Cannon said the company has "already identified more than $750 million to spend on our offshore wind pilot and smart meters," that will improve energy generation and delivery.

Environmental and consumer advocacy groups criticized the regulatory system and business model that they say overcharges ratepayers without hope for a refund.

"Dominion Energy is cheating Virginia customers out of hundreds of millions of dollars in refunds," said Clean Virginia Executive Director Brennan Gilmore. "It's time to empower regulators to return Dominion's excess profits to its customers."

The office of Attorney General Mark Herring also chided the policy and Dominion's overearnings.

"These numbers confirm AG Herring was correct when he warned that rates have been locked in at levels that are too high and that significant portions of power companies operations have been removed from adequate oversight," Herring spokeswoman Charlotte Gomer said.

Last month, Dominion kicked off construction on a 12-megawatt offshore wind pilot project 27 miles off the coast of Virginia Beach. The project, which Gov. Ralph Northam hailed and was reluctantly approved by the SCC, will cost $300 million. Dominion plans to pay for the cost of the project through excess earnings, company officials said.

Dominion has also begun to invest in installing smart meters for 1.4 million customers, which it says will improve the customer experience. Further plans for how it will spend excess earnings on work to modernize Virginia's electric grid are ongoing, and a proposal on the topic is expected to be filed with the SCC in the fall.

"The SCC has approved our investments in an offshore wind pilot project, and cyber and physical security enhancements to the energy grid," said Cannon, the Dominion spokeswoman. "Reinvesting the revenue identified by the SCC today will enable us to give our customers what they want while also keeping rates low."

The report also offers a snapshot into the future that warns of higher bills for customers.

Dominion claimed excessive utility profits, according to SCC | Virginia Politics...

The commission reiterates to lawmakers that plans by Dominion to invest roughly $16 billion in capital projects it plans to recover from ratepayers could lead to typical residential bill increases of $29.37 per month by 2023.

That does not include a $3.23 monthly increase to the typical bill that will pay for the cleanup of the state's legacy coal ash, nor any costs to be borne by the utility under new carbon regulations approved in the spring.

As it touts regionally low electricity rates, Dominion has argued that factors such as lesser reliance on fuel will lower costs and mitigate bill increases, projections the SCC said Thursday "may be likely to happen, but some are speculative."

<ins>Dominion announces school bus project</ins>

Also Thursday, Dominion announced plans to deploy electric school buses across Virginia aimed at reducing emissions. Dominion said the buses will also save school districts on fuel and maintenance expenses.

Dominion is accepting bids from bus manufacturers to deliver 50 buses to school districts by the end of 2020. Dominion will then seek state approval to expand the program to 1,000 buses by 2025. By 2030, Dominion is hoping to replace all operating diesel-powered buses with its electric fleet.

"We're committed to lowering our carbon emissions, but we can't do it alone. Transportation is the number one source of carbon emissions in the U.S., and by partnering with this industry, we can expedite the development of innovative, cleaner, more sustainable solutions," said Dominion Energy CEO Thomas F. Farrell II.

Gov. Ralph Northam praised the program Thursday, saying that his administration is looking forward to "working with Dominion as they bring electric school buses to communities in all corners of our commonwealth."

The League of Conservation Voters, while supportive of the initiative, took a more skeptical approach.

"Virginia's children deserve to ride to school without breathing in toxic exhaust fumes, and we support Dominion's efforts to address that problem," said Michael Town, executive director of the Virginia organization. "But we shouldn't lose sight of the fact that this is the same electric monopoly that burns coal and other harmful fossil fuels ."

Town added that the announcement was "suspiciously timed" with the release of Thursday's SCC report.

"We can only hope that Dominion's efforts to clean up school buses are earnest and not the latest in a series of ploys to profit more at Virginians' expense," he said.

Leaders from school districts can hear more about the program during a tele-town hall on Wednesday.

Dominion claimed excess profits, according to SCC, earns less in a year | Richmond Politics | richmond.com                                    9/15/19, 6:43 PM

mleonor@timesdispatch.com

(804) 649-6254

Twitter: @MelLeonor_

---

**Melhor Leonor**

# Exhibit C



**Norfolk District, U.S. Army Corps of Engineers**

**Public Notices**

# NAO-2012-00080

Published June 24, 2019

June 21, 2019
CENAO-WRR
NAO-2012-00080

<u>FEDERAL PUBLIC NOTICE</u>

**ANNOUNCING A PUBLIC SCOPING MEETING AND PUBLIC COMMENT PERIOD**

The U.S. Army Corps of Engineers (Corps) will prepare an Environmental Impact Statement (EIS) to evaluate project alternatives and the public interest review factors for the Virginia Electric Power Company (Dominion) proposal known as Surry – Skiffes Creek – Whealton Aerial Transmission Line "Project".

<u>APPLICANT</u>
Virginia Electric & Power Company
c/o: Dominion Energy
Mr. Robert M. Blue; President & CEO
701 E. Cary Street; 12th Floor
Richmond, Virginia 23219

<u>WATERWAY AND LOCATION OF THE PROPOSED WORK:</u>  The Project begins in Surry County near Surry Nuclear Power Plant, crosses the James River towards Skiffes Creek in James City County, and continues through Newport News, York County, and Hampton to an existing substation in Whealton.  The Project is located within the Lower James River and Lynnhaven-Poquoson watersheds; specifically the James River, Skiffes Creek, Lee-Hall Reservoir, Harwood's Mill Reservoir, Woods Creek, Jones Run, Brick Kiln Creek, Newmarket Creek and Whiteman Swamp. Hydrologic Unit Codes 02080206 & 02080108.

<u>PROPOSED PROJECT:</u>  Construct 17 in-stream transmission towers and fender protection

systems to support a 500kiloVolt (kV) aerial transmission line over navigable waters and placement of 27 transmission towers in non-tidal wetlands.  In total, the Project permanently impacts 2712 square feet (0.06 acres) of subaqueous river bottom and 281 square feet (0.006 acres) of non-tidal wetlands, and converts 0.67 acres of palustrine forested non-tidal wetlands to palustrine scrub shrub non-tidal wetlands.

PROJECT PURPOSE AND NEED:  Dominion has identified a need for the project.  Dominion is responsible for supplying power to the North Hampton Roads Load Area (NHRLA) which consists of approximately 285,000 customers.  This need was previously met through generation from Yorktown Power Station (approximately 1,141 MW) and delivery via two transmission corridors.  To comply with the United States Environmental Protection Agency (EPA) Mercury Air and Toxics Standards (MATS) Rule requiring power generation facilities to reduce their toxic air pollutant emissions, Dominion is decommissioning the Yorktown Plant.  Due to growth within the NHRLA and the decommissioning of the Yorktown Plant, Dominion would be unable to maintain compliance with the North American Electric Reliability Corporation (NERC) standards after 2021 without additional generation or delivery.  NERC has confirmed that these standards are absolute requirements that have no waiver provision.

The purpose of the project, as determined by the Corps, is to provide sustainable electrical capacity into the NHRLA in a manner that addresses future load growth deficiencies, replaces aging infrastructure, complies with Federal regulations (including MATS), and maintains compliance with NERC Reliability Standards.

AUTHORITY: Permits are required pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403), Sections 401 and 404 of the Clean Water Act (Public Law 95-217) and Title 62.1 of the Code of Virginia for impacts to jurisdictional wetlands and waters of the United States.

PUBLIC NOTIFICATION: This notice serves to announce that a Public Scoping meeting will be held on July 17, 2019, between 5:00PM – 8:00PM, at the Doubletree by Hilton Williamsburg located at 50 Kingsmill Road, Williamsburg, Virginia 23185.  The Corps will use the comments received through scoping to assist in identifying the significant issues, which should be addressed in a Draft Environmental Impact Statement.

Between the hours of 5:00PM and 8:00PM participants will be able to tour various informational displays specific to the project, including alternatives.  Representatives from the Corps, along with our 3rd Party Contractor Environmental Consulting & Technology, Inc. will be present onsite. Information about the project can be found at the following website: https://www.nao.usace.army.mil/Missions/Regulatory/SkiffesCreekPowerLine.aspx

Federal, State and Local agencies as well as private individuals, organizations or groups are invited

to attend this meeting.  Attendance at the public meeting is not necessary to provide comments, however participants will be allowed to leave comments upon exit.  The comment period will remain open thru August 1, 2019 for the submission of written comments. This is not a public hearing.  The decision on whether or not to conduct a public hearing will be made at a later date.

COMMENT PERIOD:  Comments on this project should be in writing and can be sent by either email to randy.l.steffey@usace.army.mil, or by regular mail, addressed to the Norfolk District, Corps of Engineers (ATTN: CENAO-WRR), 803 Front Street, Norfolk, Virginia  23510-1011, and should be received by the close of business on August 1, 2019.

PRIVACY & CONFIDENTIALITY:  Comments and information, including the identity of the submitter, submitted in response to this Public Notice may be disclosed, reproduced, and distributed at the discretion of the U.S. Army Corps of Engineers.  Information that is submitted in connection with this Public Notice cannot be maintained as confidential by the U.S. Army Corps of Engineers.  Submissions should not include any information that the submitter seeks to preserve as confidential.

If you have any questions about this project or the permit process, contact:
Randy Steffey at 757-201-7579 or by email randy.l.steffey@usace.army.mil.

Attachments:
Location Map
Notice of Intent

Related Story: **Location Map**
https://usace.contentdm.oclc.org/utils/getfile/collection/p16021coll7/id/11579

Related Story: **Skiffes Creek Notice of Intent**
https://usace.contentdm.oclc.org/utils/getfile/collection/p16021coll7/id/11578

Dominion     James River     Surry-Skiffes Creek-Whealton