# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, *et al.*, | Civ. No. 17-cv-01574-RCL |
| Plaintiffs, | |
| v. | |
| TODD T. SEMONITE, Lieutenant General, U.S. Army Corps of Engineers, *et al.*, | |
| Defendants, | |
| and | |
| VIRGINIA ELECTRIC & POWER COMPANY, | |
| Defendant-Intervenor. | |

## [~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO AMEND SCHEDULING ORDER

Upon consideration of the Consent Motion to Amend Scheduling Order filed by Plaintiffs the National Trust for Historic Preservation in the United States and the Association for the Preservation of Virginia Antiquities, and for good cause shown, it is hereby ORDERED that the Motion be GRANTED.

Dated this 9th day of December 2019.

*[signature]*

Hon. Royce C. Lamberth
United States District Judge