**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES and ASSOCIATION FOR THE PRESERVATION OF VIRGINIA ANTIQUITIES, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TODD T. SEMONITE, *et al.*, )<br><br>Defendants, )<br><br>and )<br><br>VIRGINIA ELECTRIC & POWER COMPANY, )<br><br>Defendant-Intervenor. ) | Civil Action No. 1:17-cv-01574-RCL |

**VIRGINIA ELECTRIC AND POWER COMPANY'S OPPOSITION TO
PLAINTIFFS' MOTION FOR RECONSIDERATION
(FEDERAL RULE OF CIVIL PROCEDURE 59(e))**

Reconsideration is unwarranted here for the reasons set forth in Virginia Electric and Power Company's ("Dominion") opposition to the motion for reconsideration in the companion *National Parks Conservation Association v. Semonite* case (No. 1:17-1361-RCL, ECF No. 152). That opposition, attached as Exhibit A and incorporated by reference by Dominion here, fully addresses the issues raised by Plaintiffs' motion for reconsideration, including Plaintiffs' erroneous reliance on Federal Rule of Civil Procedure 59(e), instead of Rule 54(b).

Plaintiffs' motion should be denied.

Dated: December 20, 2019

Respectfully Submitted,

/s/  Harry M. Johnson, III

Harry M. Johnson, III (Bar No. IL0002)
Timothy L. McHugh   (Bar No. VA064)
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, VA  23219-4074
(804) 788-8784
(804) 343-4538 (fax)
pjohnson@huntonAK.com
tmchugh@huntonAK.com

Eric J. Murdock (Bar No. 443194)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue N.W.
Washington, DC 20037-1701
(202) 955-1576
(202) 857-3885 (fax)
emurdock@huntonAK.com