UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>TODD T. SEMONITE, Lieutenant General, U.S. Army Corps of Engineers, *et al.*,<br><br>    Defendants,<br><br>and<br><br>VIRGINIA ELECTRIC & POWER COMPANY,<br><br>    Defendant-Intervenor. | Civil Action No. 17-cv-01574-RCL<br><br>Hon. Royce C. Lamberth |

**PLAINTIFFS' UNOPPOSED MOTION TO LIFT STAY FOR LIMITED PURPOSE AND WITHDRAW AMENDED MOTION FOR FEES AND COSTS**

On March 1, 2021, this Court entered an order granting a joint request by Plaintiffs National Trust for Historic Preservation *et al.* and Federal Defendants (collectively, "Parties") to refer this case to the U.S. District Court's mediation program to resolve remaining issues of attorneys' fees and costs without further litigation. *See* ECF No. 151; ECF No. 150. The Court's order extended the stay in this case from February 26, 2021, to the fourteenth day following the conclusion of mediation proceedings. ECF No. 151.

The mediation proceedings have now concluded. As a result of the mediation proceedings, the Parties executed a Stipulated Settlement Agreement pursuant to which Federal Defendants agreed to pay and Plaintiffs agreed to accept a settlement payment in satisfaction of

1

Plaintiffs' request for attorneys' fees and costs.  Plaintiffs have received Federal Defendants' payment; accordingly, Plaintiffs' claims for attorneys' fees and costs have now been satisfied.  In light of these events, Plaintiffs respectfully request this Court lift the stay of this action for the limited purpose of allowing Plaintiffs to withdraw their May 15, 2020 Amended Motion for Attorneys' Fees and Costs (ECF No. 139).

The Parties previously committed to submitting a joint status report after the completion of mediation proceedings.  *See* ECF No. 150 at 2.  The Parties stand ready to prepare and file that update.  In the alternative, now that all disputed issues have been resolved – and in the interest of efficiency and judicial economy – the Parties would agree to closure of the case.

Counsel for Plaintiffs has conferred with counsel for the Federal Defendants, and the Federal Defendants do not oppose this Motion.

Respectfully submitted,

DATED:  April 26, 2022

By  /s/ *Matthew G. Adams*
Matthew G. Adams (*pro hac vice*)
Samantha Caravello (D.D.C. Bar No. CO0080)
Kaplan Kirsch & Rockwell LLP
One Sansome Street, Suite 2910
San Francisco, CA 94104
(415) 907-8707
madams@kaplankirsch.com
scaravello@kaplankirsch.com


Elizabeth Merritt (D.C. Bar No. 337261)
National Trust for Historic Preservation
2600 Virginia Ave. NW, Suite 110
Washington, DC 20037
emerritt@savingplaces.org
(202) 297-4133

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2022, I caused service of the foregoing Plaintiffs' Unopposed Motion to Lift Stay for Limited Purpose and Withdraw Amended Motion for Fees and Costs to be made by filing it with the Clerk of the Court via the CM/ECF System which sends a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service.  To the best of my knowledge, all parties to this action receive such notices.

                                          */s/ Matthew G. Adams*
                                          Matthew G. Adams (*pro hac vice*)
                                          Kaplan Kirsch & Rockwell LLP
                                          One Sansome Street, Suite 2910
                                          San Francisco, CA 94104
                                          (415) 907-8707
                                          madams@kaplankirsch.com